IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

```
C. SEAN RICHARDSON               *
                                 *
          PLAINTIFF              *    CIVIL ACTION NO. _____
VS.                              *
                                 *
JWM FINANCIAL CONSULTANTS, INC.  *    COMPLAINT AND
D/B/A ARLINGTON MORTGAGE         *    DEMAND FOR A JURY TRIAL
          DEFENDANT              *
```

# COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Credit Repair Organizations Act, 15 U.S.C. § 1679, *et seq.* (hereinafter "FDCPA"), which prohibits persons from making untrue or misleading statements about a consumer's creditworthiness, credit standing or credit capacity to an actual or potential creditor

### II. JURISDICTION

2. Jurisdiction of this court arises under 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, C. Sean Richardson (hereinafter referred to as "plaintiff" or "Mr. Richardson") is a natural person who resides in East Baton Rouge Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1679a(1).

4. Defendant, JWM Financial Consultants, Inc. d/b/a Arlington Mortgage (hereinafter referred to as "defendant" or "Arlington") is a domestic corporation doing business in the state of Louisiana, whose registered agent for service of process in Louisiana is James W. McGraw, 13012 Justice Avenue., Baton Rouge, LA 70816-2372.

## IV. FACTUAL ALLEGATIONS

5. Sometime after August 2004, Mr. Richardson applied for credit through defendant.

6. In conjunction with this application, defendant took a credit application from Mr. Richardson, which it later forwarded to First Guaranty Bank for the purpose of extending credit to Mr. Richardson.

7. Mr. Richardson provided accurate income information to defendant for this application.

8. Unbeknownst to Mr. Richardson, defendant submitted this application to First Guaranty Bank with inflated income in order to qualify Mr. Richardson for credit.

9. Section 1679b(a)(1) of the United States Code prohibits any person from making an untrue or misleading statement about a consumer's creditworthiness, credit standing or credit capacity to an actual or potential creditor.

10. Defendant violated Section 1679b(a)(1) of the United States Code when it submitted a credit application with false information to the lender by altering his income to an inflated amount in order to obtain approval.

11. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, and damage to his credit reputation; for which he should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant, JWM Financial Consultants, Inc., for:

    a. Actual damages;

  b.  punitive damages;

  c.  Attorney fees, litigation expenses and costs; and

  d.  Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

            s/Garth J. Ridge
            **GARTH J. RIDGE**
            Attorney for Plaintiffs
            Bar Roll Number:  20589
            251 Florida Street, Suite 301
            Baton Rouge, Louisiana 70801
            Telephone Number:  (225) 343-0700
            Facsimile Number: (225) 343-7700
            E-mail: GarthRidge@aol.com