UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
M.D. OF LA
2009 JAN -7 P 2: 42

_____
BY DEPUTY CLERK

CHRISTOPHER SEAN RICHARDSON

VERSUS

JWM FINANCIAL CONSULTANTS, INC.

CIVIL ACTION

NO. 07-191-RET

## JUDGMENT

For the oral reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to dismiss filed by defendant, JWM Financial Consultants, Inc. is granted and this matter is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, December  18  , 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA